**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000925**
**05-MAR-2019**
**09:10 AM**

NO. CAAP-18-0000925

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE INTEREST OF VH and CW

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(1FCS1700185)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal, filed February 26, 2019, by Mother-Appellant, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal in "CAAP-18-0000665;" (3) the stipulation is titled for CAAP-18-0000925, dated and signed by counsel for all parties appearing in CAAP-18-0000925, and none of the parties in CAAP-18-0000925 are parties in CAAP-18-0000665; (4) the declaration of Mother-Appellant's counsel attached to the stipulation references the underlying Family Court case number in CAAP-18-0000925; (5) the

court will construe the stipulation as seeking dismissal of CAAP-18-0000925; and (6) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal in CAAP-18-0000925 is approved, and the appeal in CAAP-18-0000925 is dismissed.

DATED:  Honolulu, Hawai'i, March 5, 2019.


Chief Judge

Associate Judge

Associate Judge